IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:   James Jermicheal Kelley | CHAPTER 13 |
| Shante Latrece Kelley | |
| 14111 Meadow Ridge Lane | CASE NO. 14-30457-H1 |
| Rosharon, TX  77583 | |
| DEBTORS | |

## MOTION TO DISMISS FOR FAILURE TO MAKE PAYMENTS

The Chapter 13 Trustee moves to dismiss this case based on the Debtor failure to make required payments. The debtor is delinquent $14,344.18, an amount constituting 3.81 months of required payments.

The delinquent payments are due for post confirmation payments required by the confirmed plan.

**NOTICE TO DEBTORS: YOU MUST DO ONE OF THE FOLLOWING:**

1. BRING YOUR PAYMENTS CURRENT WITHIN 21 DAYS OF THE DATE ON THIS MOTION.

2. FILE A RESPONSE WITHIN 21 DAYS THAT SHOWS THAT YOUR PAYMENTS ARE CURRENT.

**IF YOU FAIL TO DO SO, THE BANKRUPTCY COURT WILL PROBABLY DISMISS YOUR BANKRUPTCY CASE AND MAY DO SO WITHOUT A HEARING. THE BANKRUPTCY COURT WILL NOT ALLOW PAYMENTS TO BE MADE AT THE HEARING.**

**IF A TIMELY REPONSE IS FILED, A HEARING WILL BE HELD ON AUGUST 11, 2016 AT 10:00 AM IN THE U.S. BANKRUPTCY COURT, 515 RUSK, ROOM 404, 4TH FLOOR, HOUSTON, TX  77002.**

**WHEREFORE PREMISES CONSIDERED**, the undersigned Trustee prays for an Order of Dismissal, conversion to Chapter 7, or such other relief as may be deemed just and appropriate.

Respectfully Submitted,

/s/ David G. Peake
DAVID G. PEAKE, TRUSTEE
ADMISSIONS ID NO. 15679500
9660 HILLCROFT, STE 430
HOUSTON, TX  77096
(713)283-5400

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Trustee's Motion to Dismiss Case has been served electronically on all parties requesting electronic notice and has been served on the listed parties (if listed) by mailing a copy of same to the address listed below via first class mail July 11, 2016.

Debtors:
James Jermicheal Kelley
Shante Latrece Kelley
14111 Meadow Ridge Lane
Rosharon, TX 77583

Debtor's Attorney:
KEELING LAW FIRM
KENNETH A. KEELING ATTORNEY
3310 KATY FREEWAY STE 200
HOUSTON, TX 77007

U.S Trustee:
Ms. CHRISTINE MARCH
SENIOR ASSISTANT TO THE UNITED STATES TRUSTEE
515 RUSK, SUITE #3516
HOUSTON, TX 77002

/s/ David G. Peake
David G. Peake
Chapter 13 Standing Trustee
Admissions I.D. No. 15679500
9660 Hillcroft, Ste 430
Houston, TX 77096
(713)283-5400
(713)852-9084